Honorable Thomas T. Glover
Chapter 13 Converting to Chapter 7
Hearing Location: Kitsap County Courthouse,
Port Orchard, WA
Hearing Date: March 18, 2009
Hearing Time: 1:30 p.m.
Response Date: March 11, 2009

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re ) Chapter 13 Bankruptcy
)
) Case No. 08-13292
)
BRIAN A. MOLLET AND )
JULIA A. MOLLET, ) MOTION TO CONVERT CASE UNDER
) CHAPTER 13 TO CHAPTER 7
)
Debtor. )
)

    Pursuant to 11 U.S.C. Section. 1307(a), the above named Debtors request that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below

1. On May 29, 2009, the above-named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.
2. This case has not been previously converted.

Dated: 2/10/09        Signature: /s/ Brian A. Mollett, Debtor

Dated: 2/10/09        Signature: /s/ Julia A. Mollett, Debtor

Dated: 2/10/09        HENDERSON, JONES & SHORT, P.S.

                                     /s/
                              NORMAN K. SHORT, WSBA #22925
                              Attorney for Debtors

Motion to Convert

◈ HENDERSON, JONES & SHORT, PS ◈

1155 Bethel Avenue
Port Orchard, Washington 98366
Telephone: (360) 876-9221 ◈ Fax: (360) 876-5097