# Western District of Washington at Seattle

In Re:

Brian A Mollet
978 Retsil Rd. E.
Port Orchard,WA 98366

Chapter 13 Case # 08-13292

SSN 1: XXX-XX-0074

SSN 2: XXX-XX-1830

Judge Thomas T. Glover

# Trustee's Final Report and Account

**K. Michael Fitzgerald**, **Trustee** for the above case, submits the following Final Report and Account of the administrations of the estate pursuant to 11 USC 1302 (b)(1).

**1. The case was filed on 05/29/2008 and was not confirmed .**
   **The case was *Converted To Chapter 7 Prior To Confirmation* on 03/17/2009.**

**2. The amount paid to the Trustee by or on behalf of the debtors was $8,142.00.**

**3. The Trustee made disbursements to creditors as follows:**

| Creditor Name | Class | Claimed Amount | PrincipalPaid | InterestPaid | Balance Due |
|---|---|---|---|---|---|
| Household Realty Corp<br>    978 E Retsil Rd/ Cto 1-6-09/ App | Current 1St Mortgage | $7,592.41 | $7,592.41 | $0.00 | $0.00 |

**4. The following creditors recieved no disbursements:**

| Creditor Name | Class | Claimed Amount |
|---|---|---|
| Allianceone<br>    Bremerton Municipal Court | Unsecured | $1,268.37 |
| Allianceone<br>    Kitsap Co Dist Court | Unsecured | $7,243.46 |
| Allianceone<br>    Port Orchard Muni/ Kitsap Dist Court | Unsecured | $7,120.68 |
| Allianceone<br>    Port Orchard/Kitsap Parking Tkts | Unsecured | $128.48 |
| Allianceone<br>    Port Orchard Muni Court | Unsecured | $1,431.96 |
| Allianceone<br>    Wstc/ Emergency Physicians | Unsecured | $1,497.84 |
| Allianceone | Not Filed | $0.00 |
| Asset Acceptance Corp<br>    Citibank | Unsecured | $12,392.74 |
| Bank Of America | Not Filed | $0.00 |
| Bank Of America | Not Filed | $0.00 |
| Bonneville Billing<br>    Medequip Services | Not Filed | $0.00 |

| Creditor | Type | Amount |
|---|---|---|
| Citimortgage Inc | Not Filed | $0.00 |
| Collect America<br>    Citibank | Not Filed | $0.00 |
| Credit International<br>    Star Images | Not Filed | $0.00 |
| Credit Protection Assoc<br>    Wave Broadband South | Not Filed | $0.00 |
| Cross Country Bank | Not Filed | $0.00 |
| David Hill | Not Filed | $0.00 |
| Discover Financial Services | Unsecured | $8,411.05 |
| Ecast Settlement Corp | Unsecured | $3,752.83 |
| Ecast Settlement Corp | Unsecured | $19,668.23 |
| Ecast Settlement Corp | Unsecured | $16,383.13 |
| Emergency Physicians<br>    Allianceone | Not Filed | $0.00 |
| Evergreen Professional Rec<br>    Developers Surety | Unsecured | $6,678.73 |
| Hfc | Not Filed | $0.00 |
| Household Finance Corp | Unsecured | $11,049.73 |
| Household Realty Corp<br>    ~7-08/ Sd= 8-08 / Cto 1-6-09 | 1St Mortgage Delinquency | $21,008.50 |
| Jefferson Capital Systems Llc | Not Filed | $0.00 |
| Kitsap Co District Court | Not Filed | $0.00 |
| Kitsap Co District Court<br>    Allianceone | Not Filed | $0.00 |
| Kitsap Co District Court<br>    Allianceone | Not Filed | $0.00 |
| Kitsap Co Treasurer<br>    Current ~ 10-08 | Real Property Tax | $0.00 |
| Midland Credit Management Inc<br>    Aspire Visa | Not Filed | $0.00 |
| Midland Credit Management Inc<br>    Texaco | Not Filed | $0.00 |
| National Capital Management<br>    Gateway/ Roundup Funding | Unsecured | $1,678.53 |
| No Amer Mtg | Not Filed | $0.00 |
| Plaza Associates<br>    Directv | Not Filed | $0.00 |
| Port Orchard Municipal Court<br>    Allianceone | Not Filed | $0.00 |
| Portfolio Recovery Assoc<br>    Portfolio Recovery/ Citibank | Unsecured | $7,181.16 |
| Professional Collection Agency<br>    Bremerton Towing | Unsecured | $1,088.90 |

| | | | |
|---|---|---|---|
| Texaco/Shell | Not Filed | $0.00 | |
| Topco Financial Svc Inc | Not Filed | $0.00 | |
| Us Treasury/Irs Penalty | Unsecured | $363.59 | |
| Us Treasury/Irs | Notice Only | $0.00 | |
| Us Treasury/Irs Fi 2Q04 | Irs | $472.09 | |
| Verizon Wireless | Unsecured | $1,992.43 | |
| Wash St Dept Of Revenue Penalty | Unsecured | $2,855.93 | |
| Wash St Dept Of Revenue 2Q04~5-05 | State/Local Taxes | $11,169.96 | |
| Wash St Emp Sec Dept 3Q04~2Q05 | State/Local Taxes | $2,128.73 | |
| Washington Mutual Bank Fa | Not Filed | $0.00 | |
| Wells Fargo Auto Finance | Not Filed | $0.00 | |
| Wffinance | Not Filed | $0.00 | |

**5. Summary of Disbursements:**

| | Secured | Priority | Unsecured | Total |
|---|---|---|---|---|
| Claim Amount | $28,600.91 | $13,770.78 | $112,187.77 | $154,559.46 |
| Principal Paid | $7,592.41 | $0.00 | $0.00 | $7,592.41 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

**6. Costs of Administration:**

The Debtors' attorney was allowed $0.00 and was paid $0.00.
The Trustee was paid $549.59 pursuant to 11 USC 1302.
Refunds to debtor total $0.00.
The current balance on hand in the case is $0.00
The filing fee paid to the clerk     $0.00

/s/ *K. Michael Fitzgerald*
K. Michael Fitzgerald

CM052

**CC: Debtors'Attorney**

Henderson Jones & Short Ps
1155 Bethel Ave
Port Orchard,WA 98366

A letter is also being sent to Julia A Mollet

# Western District of Washington at Seattle

In Re:
    Julia A Mollet
    978 Retsil Rd.
    Port Orchard,WA 98366

Chapter 13 Case # 08-13292

SSN 1: XXX-XX-0074

SSN 2: XXX-XX-1830

Judge Thomas T. Glover

## Trustee's Final Report and Account

**K. Michael Fitzgerald**, **Trustee** for the above case, submits the following Final Report and Account of the administrations of the estate pursuant to 11 USC 1302 (b)(1).

**1. The case was filed on 05/29/2008 and was not confirmed .**
**The case was *Converted To Chapter 7 Prior To Confirmation* on 03/17/2009.**

**2. The amount paid to the Trustee by or on behalf of the debtors was $8,142.00.**

**3. The Trustee made disbursements to creditors as follows:**

| Creditor Name | Class | Claimed Amount | PrincipalPaid | InterestPaid | Balance Due |
|---|---|---|---|---|---|
| Household Realty Corp<br>    978 E Retsil Rd/ Cto 1-6-09/ App | Current 1St Mortgage | $7,592.41 | $7,592.41 | $0.00 | $0.00 |

**4. The following creditors recieved no disbursements:**

| Creditor Name | Class | Claimed Amount |
|---|---|---|
| Allianceone<br>    Bremerton Municipal Court | Unsecured | $1,268.37 |
| Allianceone<br>    Kitsap Co Dist Court | Unsecured | $7,243.46 |
| Allianceone<br>    Port Orchard Muni/ Kitsap Dist Court | Unsecured | $7,120.68 |
| Allianceone<br>    Port Orchard/Kitsap Parking Tkts | Unsecured | $128.48 |
| Allianceone<br>    Port Orchard Muni Court | Unsecured | $1,431.96 |
| Allianceone<br>    Wstc/ Emergency Physicians | Unsecured | $1,497.84 |
| Allianceone | Not Filed | $0.00 |
| Asset Acceptance Corp<br>    Citibank | Unsecured | $12,392.74 |
| Bank Of America | Not Filed | $0.00 |
| Bank Of America | Not Filed | $0.00 |
| Bonneville Billing<br>    Medequip Services | Not Filed | $0.00 |

| Creditor | Type | Amount |
|---|---|---|
| Citimortgage Inc | Not Filed | $0.00 |
| Collect America<br>    Citibank | Not Filed | $0.00 |
| Credit International<br>    Star Images | Not Filed | $0.00 |
| Credit Protection Assoc<br>    Wave Broadband South | Not Filed | $0.00 |
| Cross Country Bank | Not Filed | $0.00 |
| David Hill | Not Filed | $0.00 |
| Discover Financial Services | Unsecured | $8,411.05 |
| Ecast Settlement Corp | Unsecured | $3,752.83 |
| Ecast Settlement Corp | Unsecured | $19,668.23 |
| Ecast Settlement Corp | Unsecured | $16,383.13 |
| Emergency Physicians<br>    Allianceone | Not Filed | $0.00 |
| Evergreen Professional Rec<br>    Developers Surety | Unsecured | $6,678.73 |
| Hfc | Not Filed | $0.00 |
| Household Finance Corp | Unsecured | $11,049.73 |
| Household Realty Corp<br>    ~7-08/ Sd= 8-08 / Cto 1-6-09 | 1St Mortgage Delinquency | $21,008.50 |
| Jefferson Capital Systems Llc | Not Filed | $0.00 |
| Kitsap Co District Court | Not Filed | $0.00 |
| Kitsap Co District Court<br>    Allianceone | Not Filed | $0.00 |
| Kitsap Co District Court<br>    Allianceone | Not Filed | $0.00 |
| Kitsap Co Treasurer<br>    Current ~ 10-08 | Real Property Tax | $0.00 |
| Midland Credit Management Inc<br>    Aspire Visa | Not Filed | $0.00 |
| Midland Credit Management Inc<br>    Texaco | Not Filed | $0.00 |
| National Capital Management<br>    Gateway/ Roundup Funding | Unsecured | $1,678.53 |
| No Amer Mtg | Not Filed | $0.00 |
| Plaza Associates<br>    Directv | Not Filed | $0.00 |
| Port Orchard Municipal Court<br>    Allianceone | Not Filed | $0.00 |
| Portfolio Recovery Assoc<br>    Portfolio Recovery/ Citibank | Unsecured | $7,181.16 |
| Professional Collection Agency<br>    Bremerton Towing | Unsecured | $1,088.90 |

| | | |
|---|---|---|
| Texaco/Shell | Not Filed | $0.00 |
| Topco Financial Svc Inc | Not Filed | $0.00 |
| Us Treasury/Irs Penalty | Unsecured | $363.59 |
| Us Treasury/Irs | Notice Only | $0.00 |
| Us Treasury/Irs Fi 2Q04 | Irs | $472.09 |
| Verizon Wireless | Unsecured | $1,992.43 |
| Wash St Dept Of Revenue Penalty | Unsecured | $2,855.93 |
| Wash St Dept Of Revenue 2Q04~5-05 | State/Local Taxes | $11,169.96 |
| Wash St Emp Sec Dept 3Q04~2Q05 | State/Local Taxes | $2,128.73 |
| Washington Mutual Bank Fa | Not Filed | $0.00 |
| Wells Fargo Auto Finance | Not Filed | $0.00 |
| Wffinance | Not Filed | $0.00 |

**5. Summary of Disbursements:**

| | Secured | Priority | Unsecured | Total |
|---|---|---|---|---|
| Claim Amount | $28,600.91 | $13,770.78 | $112,187.77 | $154,559.46 |
| Principal Paid | $7,592.41 | $0.00 | $0.00 | $7,592.41 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

**6. Costs of Administration:**

The Debtors' attorney was allowed $0.00 and was paid $0.00.
The Trustee was paid $549.59 pursuant to 11 USC 1302.
Refunds to debtor total $0.00.
The current balance on hand in the case is $0.00
The filing fee paid to the clerk   $0.00

/s/ *K. Michael Fitzgerald*
K. Michael Fitzgerald

CM052

**CC: Debtors'Attorney**

Henderson Jones & Short Ps
1155 Bethel Ave
Port Orchard,WA 98366

A letter is also being sent to Brian A Mollet