**The Honorable Thomas T. Glover**
Chapter 13

**Hearing Date:** **May 7, 2010**
**Hearing Time:** **9:30 a.m.**
**Location:** **Courtroom 7106**
**Response Date:** **April 30, 2010**

Arnold M. Willig
Elizabeth H. Shea
Charles L. Butler, III
HACKER & WILLIG, INC., P.S.
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Tel. (206) 340-1935

Attorneys for Poulsbo Place Condominium Association

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re:<br><br>BRIAN A. MOLLET and JULIA A. MOLLET,<br><br>    Debtors. | No. 08-13292-TTG<br><br>**DECLARATION OF SERVICE** |

I, Devorah R. Joslin, under oath, declare:

    1.    I am a citizen of the United States of America, over eighteen years of age.

    2.    I make this declaration based upon my personal knowledge and am competent to testify to the matters contained herein.

    3.    I am an employee of Hacker & Willig, Inc., P.S., attorneys for Poulsbo Place Condominium Association (the "Association").

    4.    On April 13, 2010, I caused to be served via electronic filing true and correct

**DECLARATION OF SERVICE - 1**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935

copies of the Association's **Motion to Abandon w/attached Notice of Hearing and proposed Order** upon all parties registered with CM/ECF in this case.

5. On April 13, 2010, I caused to be deposited in the mails of the United States of America, via first class, postage prepaid envelopes containing true and correct copies of the above-mentioned documents to the following parties at the addresses listed below:

>Brian A. Mollet
>Julia A. Mollet
>978 Retsil Rd. E.
>Port Orchard, WA 98366
>
>Norman K. Short
>GSJones Law Group PS
>1155 Bethel Ave
>Port Orchard, WA 98366
>
>John S. Peterson, Trustee
>PO Box 829
>Kingston, WA 98346
>
>US Trustee
>700 Stewart Street, Ste 5103
>Seattle, WA 98101

6. On April 13, 2010, I caused to be deposited in the mails of the United States of America, via first class, postage prepaid envelopes containing a true and correct copy of the **Notice of Hearing on Motion to Abandon** to all parties listed on the Court's Mailing Matrix of today's date, a copy of which is attached hereto for the Court's convenience.

7. I make the foregoing statements under the penalty of perjury.

DATED this 13th day of April, 2010.

>/s/ *Devorah R. Joslin*
>Devorah R. Joslin

**DECLARATION OF SERVICE - 2**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935

```
Label Matrix for local noticing          Alliance One                             AllianceOne Receivables Management Inc
0981-2                                   P.O. Box 2449                            P.O. Box 2449
Case 08-13292-TTG                        Gig Harbor, WA 98335-4449                Gig Harbor, WA 98335-4449
Western District of Washington
Seattle
Tue Apr 13 11:31:35 PDT 2010

Asset Acceptance, LLC                    Bank of America                          Bank of America
P.O. Box 2036                            4161 Piedmont Pkwy                       P.O. Box 1598
Warren, MI 48090-2036                    Greensboro, NC 27410-8119                Norfolk, VA 23501-1598


Bishop, White, Miersma                   Bonneville Billing                       Bremerton Municipal Court
720 Olive Way Ste. 1301                  1186 E 4600 S. Ste. 1000                 239 4th Street
Seattle, WA 98101-1834                   Ogden, UT 84403-4332                     Bremerton, WA 98337-1812


Citi Mortgage Inc.                       (p)COLLECT AMERICA LTD                   Credit International
PO Box 9442                              4340 S MONACO PKWY                       10413 Beardslee Blvd.
Gaithersburg, MD 20898-9442              2ND FL                                   Bothell, WA 98011-3463
                                         DENVER CO 80237-3400


Credit Protect Assoc.                    Cross County Bank                        David Carl Hill
1355 Noel Rd. Ste. 2100                  800 Delaware Ave.                        2742 Bethel Ave. SE Ste. A
Dallas, TX 75240                         Wilmington, DE 19801-1322                Port Orchard, WA 98366


Dev Surety & Indeminity Co               Discover Bank/DFS Services LLC           (p)DISCOVER FINANCIAL SERVICES LLC
Evergreen Prof Recoveries Inc.           PO Box 3025                              PO BOX 3025
PO Box 666                               New Albany, OH  43054-3025               NEW ALBANY OH 43054-3025
Bothell, WA 98041-0666


Emergency Physicians                     Employment Security Department           Evergreen Professional Recover
Harrison Hospital                        UI Tax & Wage Operations                 12100 NE 195th Street #180
P.O. Box 1050                            PO Box 9046                              Bothell, WA 98011-5762
Bremerton, WA 98337-0288                 Olympia, WA 98507-9046


Thomas T. Glover                         HFC                                      HFC
Seattle                                  P O Box 9618                             PO Box 1547
700 Stewart St, Rm 6301                  Virginia Beach, VA 23450-9618            Chesapeake, VA 23327-1547
Seattle, WA 98101-4441


Household Finance Corp.                  Household Realty Corporation             Household Realty Corporation
P.O. Box 11028                           c/o Schumacher & Therriault, PLLC        961 Weigel Dr
Orange, CA 92856-8100                    P.O. Box 628                             Elmhurst IL 60126-1058
                                         Mountlake Terrace, WA 98043-0628


(p)INTERNAL REVENUE SERVICE              Jefferson Capital Systems LLC            Kitsap County District Court
CENTRALIZED INSOLVENCY OPERATIONS        PO Box 23051                             614 Division Street
PO BOX 21126                             Columbus, GA 31902-3051                  Port Orchard, WA 98366-4684
PHILADELPHIA PA 19114-0326
```

| | | |
|---|---|---|
| Kitsap County Treasurer<br>PO Box 299<br>Bremerton, WA 98337-0064 | Midland Credit<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123-2255 | Midland Credit Management<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123-2255 |
| Brian A Mollet<br>978 Retsil Rd E<br>Port Orchard, WA 98366-5049 | Julia A Mollet<br>978 Retsil Rd E<br>Port Orchard, WA 98366-5049 | N. American Mortgage<br>11200 W. Parkland Ave.<br>Milwaukee, WI 53224-3127 |
| National Capital Management LLC<br>8245 Tournament Dr #230<br>Memphis, TN 38125-1741 | National Capital Management, LLC<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741 | John S Peterson<br>PO Box 829<br>Kingston, WA 98346-0829 |
| Plaza Associates<br>7 Penn Plaza<br>New York, NY 10001-3900 | Port Orchard Municipal Court<br>216 Prospect Street<br>Port Orchard, WA 98366-5304 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Pra Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>NORFOLK VA 23541-1067 | Professional Collection<br>Agencies International, Inc.<br>P.O. Box 66430<br>15111 8th Avenue SW # 300<br>Seattle, WA 98166-2258 | Regional Trustee Services Corp<br>616 1st Ave. Ste. 500<br>Seattle, WA 98104-2297 |
| Roundup Funding LLC<br>PO Box 91121<br>Seattle, WA 98111-9221 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Norman K Short<br>GSJones Law Group PS<br>1155 Bethel Ave<br>Port Orchard, WA 98366-3125 |
| State of Washington<br>Dept of Revenue<br>P.O. Box 47473<br>Olympia, WA 98504-0001 | State of Washington<br>Employment Security Department<br>Treasurer's Office<br>P.O. Box 9046<br>Olympia, WA 98507-9046 | Texaco/CitiBank<br>PO Box 6003<br>Hagerstown, MD 21747-6003 |
| Theodore M Therriault<br>Schumacher & Therriault PLLC<br>6912 220th St SW Ste 304<br>PO Box 628<br>Mountlake Terrace, WA 98043-0628 | Topco financial Services<br>1721 Hewitt Ave. Ste. #511<br>Everett, WA 98201-3546 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| Verizon Wireless<br>15900 SE Eastgate Way<br>Bellevue, WA 98008-5757 | Verizon Wireless West<br>404 Brock Drive<br>Bloomington, IL 61701-2654 | WA Department of Revenue<br>2101 4th Ave, Ste 1400<br>Seattle, WA 98121-2300 |
| WA Dept of Labor & Industries<br>PO Box 44289<br>Olympia WA 98505-0001 | WA Mutual<br>11200 W. Parkland Ave.<br>Milwaukee, WI 53224-3127 | WF Finance<br>4020 Wheaton Way Ste. P<br>Bremerton, WA 98310-3566 |

| | | |
|---|---|---|
| Wells Fargo<br>PO Box 29704<br>Phoenix, AZ 85038-9704 | West Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Collect America<br>370 17th Street, Suite 50<br>Denver, CO 80202-5622 | Discover Financial<br>PO Box 15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114 |
| (d)Internal Revenue Service<br>PO Box 24017<br>Fresno, CA 93779-4017 | Portfolio Recovery<br>P.O. Box 12914<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     0<br>Total                  62 |