4-19-2010

To the honorable Thomas T. Glover

I Brian Mollet of Mollet Construction oppose the motion to abandon ~~08-13292-ttg~~
In the declaration of Leonard D. Flanagan in support of abandonment page 2 section 5
It states "in approximately June of 2008 the Mollet's insurance carrier Western Heritage
hired counsel to defend them agents the Association's claims. The Debtors' other
insurance Carrier, American states insurance company and its affiliate Safeco
(collectively "American states") refused to defend them. The Debtors did not advise their
insurance defense counsel of their pending Bankruptcy case.

I Brian Mollet on my first formal consultation with western heritage attorney at
my office I advised him of my bankruptcy proceedings. After several phone calls
Western Heritage advised me that Western Heritage and the association had come to an
agreement if I signed over rights against American states I and western heritage would not
be held liable and this would be in my best interest. I did so never having a chance to plea
my case.
        Norman Short my bankruptcy attorney was not advised because I was not in
debt to the association. I was insured by American Insurance and then by Western
Heritage. The Dwelling Place the developer was issued my insurance documents.

The Association states Mollet Construction was negligent and water intrusion
was the result water intrusion is in no way a result of my scope of work. That would be
the siders; roofers and the people that built the decks not framers

All the structural aspects my scope of work including hold downs were inspected
by Dwelling Place supervisors and city inspectors and proven up to code and correct
Western Heritage should have defended this action which they said they did in a phone
conversation with me claiming it was settled. With this information it was not relevant to
my bankruptsy , being told the matter was settled and I was insured in any case

                                        Sincerely,
                                        Brian Mollet

FILED
Western District of Washington
at Seattle

APR 20 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

The Honorable Thomas T. Glover
Chapter 13

Arnold M. Willig
Elizabeth H. Shea
Charles L. Butler, III
HACKER & WILLIG, INC., P.S.
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Tel. (206) 340-1935

Attorneys for Poulsbo Place Condominium Association

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re:

BRIAN A. MOLLET and JULIA A.
MOLLET,

　　　　Debtors.

No. 08-13292-TTG

NOTICE OF HEARING ON MOTION
TO ABANDON

TO: ALL CREDITORS AND PARTIES IN INTEREST;
AND TO: THE UNITED STATES BANKRUPTCY COURT CLERK;
AND TO: THE UNITED STATES TRUSTEE.

PLEASE TAKE NOTICE that Poulsbo Place Condominium Association (the

"Association"), by and through counsel, Hacker & Willig, Inc., P.S. and Levin & Stein, has

moved this Court pursuant to 11 U.S.C. § 554(b) for an Order of Abandonment concerning the

interest of the bankruptcy estate of Brian A. and Julia A. Mollet (the "Mollets" or the

"Debtors") in any claim against the Debtors' liability insurance carrier which was assigned to the

Association during the course of this bankruptcy case.

The Motion IS SET FOR HEARING as follows:

JUDGE: Thomas T. Glover

PLACE: Courtroom 7106, 700 Stewart Street
　　　　　Seattle, WA 98101

TIME: 9:30 a.m.

DATE: May 7, 2010

NOTICE OF HEARING ON
MOTION TO ABANDON - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935

1      Copies of the above-described motion may be obtained at the United States Bankruptcy

2 Court Clerk's office or by contacting Arnold M. Willig at the address listed below.

3      IF YOU OPPOSE the Motion, you must file your written response with the Clerk of

4 the United States Bankruptcy Court at the U.S. Courthouse located at 700 Stewart Street,

5 Seattle, Washington 98101-1271, and deliver copies to Arnold M. Willig at the address listed

6 below NOT LATER THAN THE RESPONSE DATE, which is **April 30, 2010.**

7      IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its

8 discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER

9 NOTICE, and strike the hearing.

10      DATED this _13TH_ day of April, 2010.

11

12                               Respectfully submitted,

13                               HACKER & WILLIG, INC., P.S.

14

15

16                               Arnold M. Willig, WSBA # 20104
                              Elizabeth H. Shea, WSBA # 27189

17                               Charles L. Butler, III, WSBA # 36893
                              Attorneys for Poulsbo Place

18                               Condominium Association

19                               LEVIN & STEIN

20

21                               _/s/ Leonard D. Flanagan_

22                               Leonard D. Flanagan, WSBA # 20966
                              Attorneys for Poulsbo Place

23                               Condominium Association

24

25

26

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935